**EXHIBIT 2:** INFRINGEMENT

URL:
https://www.facebook.com/Magoobys/photos/a.10157795100033052/10158929852863052/?type=3&is_lookaside=1

